IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02592-WYD-KMT

RONALD FISCHER; and
KATHY FISCHER,

    Plaintiffs,

v.

THE STANDARD FIRE INSURANCE COMPANY; and
OWNERS INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL OF PARTY

    THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice of Ronald Fischer (filed June 11, 2009).  The Stipulation states that no further claims remain pending for judicial determination with regard to Plaintiff Ronald Fischer in this case.  After a careful review of the Stipulation and file, it is

    ORDERED that the Stipulation for Dismissal with Prejudice of Ronald Fischer is **APPROVED**.  All claims asserted by Plaintiff Ronald Fischer in this case are **DISMISSED WITH PREJUDICE**, each party to pay his or its own attorney fees and costs.  Ronald Fischer shall hereafter be taken off the caption.

    Dated:  June 12, 2009

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge