IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02592-WYD-KMT

KATHY FISCHER,

    Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY; and
OWNERS INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice (filed October 28, 2009).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney fees and costs.

Dated:  October 30, 2009

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Chief United States District Judge